# THE ATTORNEY GENERAL
## OF TEXAS
ATTORNEY GENERAL



September 25, 1969

Honorable Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

Opinion No. M-478

Re: Salaries authorized for
District Attorneys and
Criminal District At-
torneys by the General
Appropriations Bill,
H.B. No. 2, 61st Leg.,
1969, 2nd Called Session.

Dear Mr. Calvert:

     In your letter requesting an opinion from this office,
you submit the following facts:

     "The question has arisen in this depart-
ment as to the amount of salary legally payable
to District Attorneys and Criminal District At-
torneys in the Judiciary Section of H.B. No. 2,
Acts of the Second Called Session of the 61st
Legislature, a copy of which is enclosed.

     "Items No. 6, 7, 10, 11 and 12 appropriate
salaries to District Attorneys and Criminal Dis-
trict Attorneys for the biennium ending August
31, 1971 at $11,000 per year."

     With regard to these facts, you ask the following
question:

     "What is the amount of salary per year that
can be legally paid to the persons listed in each
of the above listed items of appropriations?"

     Section 28, Article I of the Constitution of Texas,
grants the Legislature power to suspend the laws in this State.
By virtue of this authority, the Legislature enacted Article
6813b, Vernon's Civil Statutes, commonly known as the "Salary
Suspension Act." Article 6813b, provides, in part, as follows:

     "Section 1. From and after the effective
date of this Act, all salaries of all State
officers and State employees, including the
salaries paid any individual out of the General
Revenue Fund, shall be in such sums or amounts

as may be provided for by the Legislature in the biennial Appropriations Act. . . . It is further provided that in instances where the biennial Appropriations Act does not specify or regulate the salaries or compensation of a State official or employee, the law specifying or regulating the salary or compensation of such official or employee is not suspended by this Act.

"Sec. 2. All laws and parts of laws fixing the salaries of all State officers and employees, . . . are hereby specifically suspended insofar as they are in conflict with this Act. . . ."

It is our opinion that Articles 3886f, (H.B. 1455, Acts 61st Leg., R.S., 1969, ch. 744), 326k-58, 326k-62, all of Vernon's Civil Statutes, and H.B. 424, Acts 61st Leg., R.S., 1969, ch. 876, which respectively provide for the salaries of District Attorneys and Criminal District Attorneys listed in Items 6, 7, 10, 11 and 12, Judiciary Section, General Appropriations Bill, are suspended by Article 6813b, insofar as each may conflict with the provisions of such General Appropriations Bill. Consequently, the salary for the District Attorneys and Criminal District Attorneys listed in Items 6, 7, 10, 11 and 12 which is authorized to be paid for the biennium ending August 31, 1971, is $11,000.00 per year.

## S U M M A R Y

The salary for the District Attorneys and Criminal District Attorneys listed in Items 6, 7, 10, 11 and 12, Judiciary Section of the General Appropriations Bill, which is authorized to be paid for the biennium ending August 31, 1971, is $11,000.00 per year.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Ivan R. Williams, Jr.
Assistant Attorney General

Hon. Robert S. Calvert, page 3  (M-478)


APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Co-Chairman

Sam L. Jones
James Quick
Louis Neumann
Roland Allen

MEADE F. GRIFFIN
Staff Legal Advisor

HAWTHORNE PHILLIPS
Executive Assistant

NOLA WHITE
First Assistant